Colonial Village Meat Market, Inc., Appellant, v. Facciolo.

Argued September 25, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Lawrence Goldberg,* with him *Robert H. Dickman,* and *Goldberg & Frankel,* for appellant.

*Melvin G. Levy,* with him *Stephen J. Polaha,* and *Levy and Levy,* for appellees.

OPINION PER CURIAM, August 30, 1974:
Decree affirmed.   Each party to pay own costs.